CT Corporation

**Service of Process Transmittal**
07/24/2014
CT Log Number 525383029

**TO:**   Fran Kirley, Director
          Nexion Health, Inc.
          6937 Warfield Avenue
          Sykesville, MD 21784

**RE:**   **Process Served in Louisiana**

**FOR:**  Nexion Health at Pierremont, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Maxine Hall Davis, et al., Petitioners vs. Nexion Health at Pierremont, Inc., etc., Respondent |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 1st Judicial District Court, Parish of Caddo, LA Case # 578072A |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - On March 15, 2010 - Pierremont Healthcare Center |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/24/2014 at 09:38 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after receipt of these documents |
| **ATTORNEY(S) / SENDER(S):** | W. James Singleton The Singleton Law Firm 4050 Linwood Avenue Shreveport, LA 71108 318-631-5200 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 780056216920 |
| **SIGNED:** **ADDRESS:** | C T Corporation System 5615 Corporate Blvd Suite 400B Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of  1 / RD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


EXHIBIT

A

# *Citation*

km

DAVIS, MAXINE HALL   ETAL

    VERSUS

NEXION HEALTH AT PIERREMONT INC  DBA

NO.  578072-A
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA:  TO  **NEXION HEALTH AT PIERREMONT INC DBA**
                                  **PIERREMONT HEALTHCARE CENTER**
                                  **THRU CT CORPORATION SYSTEM, AGENT**
                                  **5615 CORPORATE BLVD, STE 400B**
                                  **BATON ROUGE LA 70808**
                                  of the Parish of EAST BATON ROUGE
YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.*  The
petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days
after you have received these documents, you must file an answer or other
legal pleadings in the Office of the Clerk of this Court at the Caddo
Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer
or legal pleading within FIFTEEN (15) days, a judgment may be entered
against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish  on this
date July 11, 2014.

*Also attached are the following:
\_\_\_  REQUEST FOR ADMISSIONS OF FACTS
\_\_\_  INTERROGATORIES
\_\_\_  REQUEST FOR PRODUCTION OF DOCUMENTS
\_\_\_

GARY LOFTIN,  CLERK OF COURT
MIKE SPENCE, CHIEF DEPUTY

By_____
               Deputy Clerk

W JAMES SINGLETON - 2649
              Attorney

A TRUE COPY -- ATTEST

_____
              Deputy Clerk

NOTICE:  ALL PARTIES ARE
EXPECTED TO COMPLY WITH
ALL LOCAL COURT RULES
INCLUDING BUT NOT LIMITED
TO RULE 12 OF FAMILY LAW
DIVISION RULES.

---

    These documents mean you have been sued. Legal assistance is
advisable and you should contact a lawyer immediately. If you want a
lawyer and cannot find one, please call the Shreveport Lawyer Referral
Service at 222-0720. The Shreveport Lawyer Referral Service is affiliated
with the Shreveport Bar Association. If eligible, you may be entitled to
legal assistance at no cost to you through Legal Services of North
Louisiana, Inc; please call 222-7281 for more information.

    JUDGES AND COURT PERSONNEL, INCLUDING THE SHERIFF AND CLERK OF COURT
EMPLOYEES, CANNOT GIVE LEGAL ADVICE.

    If you are a person with a disability, reasonable accomodation and
assistance may be available to allow for your participation in the court
proceedings. Please contact the Clerk of Court's office for more information.

**SERVICE COPY**

MAXINE HALL DAVIS, FREDDIE L. HALL       §   NUMBER: 578,072 -A
EARNEST HALL, WILLIE C. HALL, JR.,
and JIMMY R. HALL, SR.

VERSUS                                   §   1ST JUDICIAL DISTRICT COURT

NEXION HEALTH AT PIERREMONT, INC.
D/B/A/ PIERREMONT HEALTHCARE CENTER   §   CADDO PARISH, LOUISIANA

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes MAXINE HALL DAVIS, FREDDIE L. HALL, EARNEST HALL, WILLIE C. HALL, JR., and JIMMY R. HALL, SR., children of the late WILLIE C. HALL, SR., and persons of full age of majority, who respectfully represent:

1.

Made defendant herein is NEXION HEALTH AT PIERREMONT, INC. d/b/a PIERREMONT HEALTHCARE CENTER, ("Pierremont Healthcare Center"), a nursing home facility with its principal place of business located at 725 Mitchell Lane, Shreveport, Louisiana 71106 who may be served through Registered Agent, C T Corporation System, 5615 Corporate Blvd., Ste 400B, Baton Rouge, Louisiana 70808.

2.

The plaintiffs are the children of WILLIE C. HALL, who died on March 25, 2010 while a resident of Pierremont Healthcare Center in Shreveport, Louisiana.

3.

On or about November 11, 2009, plaintiffs father, WILLIE C. HALL, SR., age 86, was admitted to Pierremont Healthcare Center after exhibiting signs of long/short term memory loss and confusion.

4.

Upon admission to Pierremont HealthCare Center, Willie C. Hall, Sr. was assessed as requiring assistance with Activities of Daily Living and he was mobility impaired and confined to a wheelchair due to weakness. Further, Willie C. Hall, Sr. was assessed to be at high risk for falls and fractures due to osteoporosis.



EXHIBIT

B

5.

During the course of his stay at Pierremont Healthcare Center, Willie C. Hall, Sr. primarily ambulated with the assistance of a motorized scooter and required assistance with the device.

6.

By early March, 2010, Willie C. Hall, Sr. begin to show increased signs of forgetfulness, confusion and hallucinations.  In addition, he became very restless and unable to sleep at night. These signs and symptoms were noted in his chart. Lortab 5 mg. was being administered for pain and restlessness.

10.

On March 15, 2010, it was noted that Willie C. Hall, Sr. was hallucinating and was restless in bed. At approximately 5:00 a.m., Willie C. Hall, Sr. was in a hallway in his scooter, left unattended, when he fell landing on the left side of his body.  An abrasion to the left forehead area was noted.

11.

On said date, Willie C. Hall, Sr. was transferred to the V A Medical Center for treatment where he was diagnosed with an acute cervical spine fracture. It was also discovered that he had a urinary tract infection that had went undiagnosed at the nursing facility.

12.

Plaintiffs allege on information and belief that the acute cervical spine fracture was a result of the fall that occurred at Pierremont Healthcare Center.

13.

Willie C. Hall, Sr. was admitted to ICU and continued to be hospitalized after the fall and his condition deteriorated.

14.

The events from the undiagnosed urinary tract infection and fall injury continued to spiral downward and ultimately ended in his death on March 25, 2010.

15.

The autopsy indicated the cause of death to be Congestive Heart Failure, Urinary Tract Infection and Cervical Spine Injury.

16.

PIERREMONT HEALTHCARE CENTER, was negligent in various acts or omissions of its employees, agents and personnel by virtue of the following:

a.  by failing to exercise ordinary skill and care under the circumstances;

b.  by being inattentive and failing to provide adequate supervision and assistance to prevent the fall;

c.  by failing to provide sufficient staff to provide the necessary nursing and support services to him;

d.  by failing to take safety measures that would reasonably prevent the patient from sustaining injury; and

e.  by failing to assess and to develop objectives to meet a resident's medical and nursing needs that are identified in the comprehensive assessment.

17.

As a result of the negligence of Pierremont Healthcare Center complained of herein, plaintiffs' father, Willie C. Hall, Sr. sustained injuries which caused or was a substantial contributing factor to his death.

18.

Petitioners desire that this Honorable Court award general damages as compensation for the pain, suffering, inconvenience, mental anguish, anxiety, emotional distress, embarrassment, survival damages, medical expenses and wrongful death of WILLIE C. HALL.

19.

This matter was presented to a Medical Review Panel which rendered its Opinion on or about April 15, 2014.

WHEREFORE, petitioners prays that the defendant, Nexion Health At Pierremont, Inc. d/b/a Pierremont Healthcare Center be served through its Registered Agent, C T Corporation System, 5615 Corporate Blvd., Ste 400B, Baton Rouge, Louisiana 70808, with a copy of the original petition and be cited to appear and answer same and after all legal delays and due proceedings had, there be judgment herein in favor of petitioners, MAXINE HALL DAVIS, FREDDIE L. HALL, EARNEST HALL, WILLIE C. HALL, JR., and JIMMY R. HALL, SR. against defendant, Nexion Health At Pierremont, Inc. d/b/a Pierremont Healthcare Center for such sums the Court may direct for any award justified under law for survival damages and wrongful death of WILLIE C. HALL, SR. and all costs of these proceedings.

FURTHER PRAY that all expert witness fees be fixed and taxed as costs.

FURTHER PRAY for all general and equitable relief.

RESPECTFULLY SUBMITTED,

W. James Singleton, LA Bar # 17801
Christopher Sices, La Bar Roll # 32049
4050 Linwood Avenue
Shreveport, LA 71108
Phone - (318) 631-5200
Facsimile - (318) 636-7759

SAM L. JENKINS, JR., APLC,
LA Bar Roll # 1441
2419 Kings Highway
Shreveport, LA 71103
Phone - (318) 636-4266
Facsimile - (318) 636-4271

ENDORSED FILED
ERIC BRUMLEY, Deputy Clerk

JUL 1 0 2014

A TRUE COPY - Attest

CADDO PARISH

PLEASE SERVE:
NEXION HEALTH AT PIERREMONT, INC.
D/B/A/ PIERREMONT HEALTHCARE CENTER
through its Registered Agent
C T Corporation System
5615 Corporate Blvd., Ste 4008
Baton Rouge, Louisiana 70808

ATTORNEY FOR PLAINTIFFS

**FIRST JUDICIAL DISTRICT COURT FOR THE PARISH OF CADDO**

**STATE OF LOUISIANA**

NO: 578,072                                                        SECTION: A

**MAXINE HALL DAVIS, FREDDIE L. HALL,**
**EARNEST HALL, WILLIE C. HALL, JR.,**
**and JIMMY R. HALL, SR.**

**VERSUS**

**NEXION HEALTH AT PIERREMONT, INC.**
**D/B/A PIERREMONT HEALTHCARE CENTER**

FILED: _____        _____
                                                          **DEPUTY CLERK**

**NOTICE TO STATE COURT AND PARTIES OF REMOVAL**

Defendant, Nexion Health at Pierremont, Inc. d/b/a Pierremont Healthcare Center, hereby

gives notice that on the 25TH day of August, 2014, a Notice of Removal in the above-captioned case,

a copy of which is attached hereto, was filed in the United States District Court for the Western

District of Louisiana, Shreveport Division.

Respectfully Submitted,

_____
Deirdre C. McGlinchey (24167)
Charles S. Smith (33650)
Camille R. Bryant (35063)
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 596-2800
ATTORNEYS FOR DEFENDANT,
NEXION HEALTH AT PIERREMONT,
INC. D/B/A PIERREMONT
HEALTHCARE CENTER

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon:

> W. James Singleton, Esq.
> Christopher Sices, Esq.
> 4050 Linwood Avenue
> Shreveport, Louisiana 71108
> ATTORNEYS FOR PLAINTIFFS

> Sam L. Jenkins, Jr., Esq.
> 2419 Kings Highway
> Shreveport, Louisiana 71103
> ATTORNEY FOR PLAINTIFFS

by facsimile, electronic mail, or by depositing a copy of same in the United States mail,

postage prepaid and properly addressed this 25TH day of August, 2014.

_____
CAMILLE R. BRYANT

IN RE: MEDICAL REVIEW PANEL    PCF No. 2011-00318

WILLIE C. HALL

### PLAINTIFF'S ANSWER TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF ON BEHALF OF NEXION HEALTH AT PIERREMONT, INC. D/B/A PIERREMONT HEALTHCARE CENTER

TO: **Nexion Health at Pierremont, Inc. d/b/a
Pierremont Healthcare Center
Through Their Attorney of Record:
Deirdre C. McGlinchey, Esq.
McGlinchey Stafford, PLLC
1811 Tower Drive, Suite A
Monroe, Louisiana 71201**

NOW INTO COURT comes Claimant, EARNEST HALL, through his undersigned attorney to answer interrogatories and request for production of documents.

**INTERROGATORY NO. 1:**

Please state your full name, date of birth, current residence address, business address, marital status, name of spouse, social security number, driver's license number, the names and ages of your children, and the extent of your education.

**ANSWER TO INTERROGATORY NO. 1:**

Full name: Earnest Hall

Date of birth: November 20, 1947

Current residence address: 4062 River Mist Court, Lithonia, GA 30038

Business address: N/A

Marital status: Married

Name of spouse: Lizzie Hall

Social security number: 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

Driver's license number: 034915827

Names and ages of your children: Felicia Hall Allen, Age 42; Marquis Hall, Age 41; Tangley Hall Ratcheliff, Age 38

Extent of your education: Graduated High School



EXHIBIT
C

IN RE: MEDICAL REVIEW PANEL                    PCF No. 2011-00318

WILLIE C. HALL


**PLAINTIFF'S ANSWER TO INTERROGATORIES AND REQUESTS FOR
PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF ON BEHALF OF
NEXION HEALTH AT PIERREMONT, INC. D/B/A PIERREMONT HEALTHCARE
CENTER**


TO:    Nexion Health at Pierremont, Inc. d/b/a
       Pierremont Healthcare Center
       Through Their Attorney of Record:
       Deirdre C. McGlinchey, Esq.
       McGlinchey Stafford, PLLC
       1811 Tower Drive, Suite A
       Monroe, Louisiana 71201

       NOW INTO COURT comes Claimant, FREDDIE L. HALL, through his undersigned

attorney to answer interrogatories and request for production of documents.

**INTERROGATORY NO. 1:**

       Please state your full name, date of birth, current residence address, business address, marital

status, name of spouse, social security number, driver's license number, the names and ages of your

children, and the extent of your education.

**ANSWER TO INTERROGATORY NO. 1:**

       Full name:    Freddie L. Hall

       Date of birth: January 08, 1953

       Current residence address:    5925 Tin Cup Way, Shreveport, LA 71107

       Business address:    553⁵ Greenwood Road, Shreveport, LA 71109

       Marital status:    Married

       Name of spouse:    Annie P. Hall

       Social security number:    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

       Driver's license number:    0003770615

       Names and ages of your children:    Trinetta Gray, Age 34; Jeffery J. Hall, Age 33; Joshua
                                            Hall, Age 22; Derek Hall, Age 21; Freddie Russell.
                                            Age 31

       Extent of your education:    Graduated High School

IN RE: MEDICAL REVIEW PANEL                    PCF No. 2011-00318

WILLIE C. HALL


**PLAINTIFF'S ANSWER TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF ON BEHALF OF NEXION HEALTH AT PIERREMONT, INC. D/B/A PIERREMONT HEALTHCARE CENTER**


TO:    **Nexion Health at Pierremont, Inc. d/b/a**
       **Pierremont Healthcare Center**
       **Through Their Attorney of Record:**
       **Deirdre C. McGlinchey, Esq.**
       **McGlinchey Stafford, PLLC**
       **1811 Tower Drive, Suite A**
       **Monroe, Louisiana 71201**

       NOW INTO COURT comes Claimant, JIMMY R. HALL, through his undersigned attorney

to answer interrogatories and request for production of documents.

**INTERROGATORY NO. 1:**

       Please state your full name, date of birth, current residence address, business address, marital

status, name of spouse, social security number, driver's license number, the names and ages of your

children, and the extent of your education.

**ANSWER TO INTERROGATORY NO. 1:**

       Full name:    Jimmy R. Hall

       Date of birth: September 24, 1951

       Current residence address:    3543 W. College St., Shreveport, LA 71109

       Business address:    5510 Buncombe Rd. Shreveport, LA 71129

       Marital status:    Married

       Name of spouse:    Evelyn Hall

       Social security number:    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

       Driver's license number:    004596503

       Names and ages of your children:    Lakevia M. Hall, Age 35; Latoya Hall, Age 29; Jimmy
                                           R. Hall, Jr., Age 30; Jariel Hall, Age 19

       Extent of your education:    3 Years College

IN RE: MEDICAL REVIEW PANEL   PCF No. 2011-00318

WILLIE C. HALL

<u>PLAINTIFF'S ANSWER TO INTERROGATORIES AND REQUESTS FOR
PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF ON BEHALF OF
NEXION HEALTH AT PIERREMONT, INC. D/B/A PIERREMONT HEALTHCARE
CENTER</u>

TO: **Nexion Health at Pierremont, Inc. d/b/a**
  **Pierremont Healthcare Center**
  **Through Their Attorney of Record:**
  **Deirdre C. McGlinchey, Esq.**
  **McGlinchey Stafford, PLLC**
  **1811 Tower Drive, Suite A**
  **Monroe, Louisiana 71201**

  NOW INTO COURT comes Claimant, WILLIE C. HALL, JR.,  through his undersigned

attorney to answer interrogatories and request for production of documents.

<u>INTERROGATORY NO. 1</u>:

  Please state your full name, date of birth, current residence address, business address, marital

status, name of spouse, social security number, driver's license number, the names and ages of your

children, and the extent of your education.

<u>ANSWER TO INTERROGATORY NO. 1</u>:

  Full name: Willie C. Hall

  Date of birth: October 10, 1943

  Current residence address: 11201 Veteran Memorial Dr., Apt # 2104, Houston, TX
          77067

  Business address: N/A

  Marital status: Divorced

  Name of spouse: N/A

  Social security number: 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

  Driver's license number: Do not drive

  Names and ages of your children: Marvin W. Hall, Age 38; Debbie A. Hall Allen, Age
            37

  Extent of your education: 12th Grade-Did not graduate

IN RE: MEDICAL REVIEW PANEL                    PCF No. 2011-00318

WILLIE C. HALL


**PLAINTIFF'S ANSWER TO INTERROGATORIES AND REQUESTS FOR
PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF ON BEHALF OF
NEXION HEALTH AT PIERREMONT, INC. D/B/A PIERREMONT HEALTHCARE
CENTER**


TO:   Nexion Health at Pierremont, Inc. d/b/a
      Pierremont Healthcare Center
      Through Their Attorney of Record:
      Deirdre C. McGlinchey, Esq.
      McGlinchey Stafford, PLLC
      1811 Tower Drive, Suite A
      Monroe, Louisiana 71201

      NOW INTO COURT comes Claimant, MAXINE H. DAVIS,  through their undersigned

attorney to answer interrogatories and request for production of documents.

**INTERROGATORY NO. 1:**

      Please state your full name, date of birth, current residence address, business address, marital

status, name of spouse, social security number, driver's license number, the names and ages of your

children, and the extent of your education.

**ANSWER TO INTERROGATORY NO. 1:**

      Full name:    Maxine Hall Davis

      Date of birth: September 02, 1954

      Current residence address:   4458 Fairway Drive, Shreveport, LA 71109

      Business address:   307th Bomb Wing, 1000 Davis Ave. E, Rm 146, Barksdale AFB LA
                          71110-2286

      Marital status:   Married

      Name of spouse:   Thomas R. Davis

      Social security number:   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

      Driver's license number:   Not available

      Names and ages of your children:   Kimberly M. Thomas, Age 39; Tomekia R. Adams,
                                         Age 36

      Extent of your education:   Some college