UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MAXINE HALL DAVIS, FREDDIE L. HALL EARNEST HALL, WILLIE C. HALL, JR., and JIMMY R. HALL, SR.** | * CIVIL ACTION NO. 5:14-cv-02592 |
| **Plaintiff** | |
| VERSUS | * JUDGE S. MAURICE HICKS |
| **NEXION HEALTH AT PIERREMONT, INC. D/B/A PIERREMONT HEALTHCARE CENTER** | * MAGISTRATE MARK L. HORNSBY |
| **Defendant** | |

**********************************************

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Maxine Hall Davis, Freddie L. Hall, Earnest Hall, Willie C. Hall, Jr., and Jimmy R. Hall, Sr., individually and on behalf of the estate of Willie C. Hall, Sr. (collectively "Plaintiffs") and Nexion Health at Pierremont Inc. d/b/a Pierremont Healthcare Center ('Defendant") stipulate to the dismissal of this action, with prejudice, and with all parties to bear their own costs and attorneys' fees. Plaintiffs reserve their right to proceed against the Louisiana Patient's Compensation Fund.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court dismiss all claims that Plaintiffs have raised in the captioned matter against Defendant with prejudice and with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 18th day of June, 2015.

Respectfully Submitted:

*/s/ Sam L. Jenkins*
SAM L. JENKINS, JR. (1441)
sam.jenkinslaw@bellsouth.net
Attorney at Law
2419 Kings Highway
Shreveport, Louisiana 71103
Telephone: (318) 636-4266
Facsimile: (318) 636-4271
ATTORNEY FOR PLAINTIFFS, MAXINE HALL DAVIS, FREDDIE L. HALL, EARNEST HALL, WILLIE C. HALL, JR., AND JIMMY R. HALL, SR.

*/s/ Christopher Sices*
W. JAMES SINGLETON (17801)
wjsingleton@singletonlaw.com
CHRISTOPHER SICES(32049)
csices@singletonlaw.com
The Singleton Law Firm
4050 Linwood Avenue
Shreveport, Louisiana 71108
Telephone: (318) 631-5200
Facsimile: (318) 636-7759
ATTORNEYS FOR PLAINTIFFS, MAXINE HALL DAVIS, FREDDIE L. HALL, EARNEST HALL, WILLIE C. HALL, JR., AND JIMMY R. HALL, SR

*/s/ Camille R. Bryant*
DEIRDRE C. McGLINCHEY, T.A. (24167)
dmcglinchey@mcglinchey.com
CHARLES S. SMITH (33650)
cssmith@mcglinchey.com
CAMILLE R. BRYANT (35063)
cbryant@mcglinchey.com
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
ATTORNEYS FOR DEFENDANT, NEXION HEALTH AT PIERREMONT INC. D/B/A PIERREMONT HEALTHCARE CENTER

## CERTIFICATE OF SERVICE

In accordance with the Western District of Louisiana's electronic filing procedures, I hereby certify that, on this 18th day of June, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system.

                                      */s/ Camille R. Bryant*
                                      CAMILLE R. BRYAN