UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MAXINE HALL DAVIS, FREDDIE L. HALL EARNEST HALL, WILLIE C. HALL, JR., and JIMMY R. HALL, SR.** | * CIVIL ACTION NO. 5:14-cv-02592 |
| **Plaintiff** | * |
| **VERSUS** | * JUDGE S. MAURICE HICKS |
| **NEXION HEALTH AT PIERREMONT, INC. D/B/A PIERREMONT HEALTHCARE CENTER** | * MAGISTRATE MARK L. HORNSBY |
| **Defendant** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing "Joint Stipulation of Dismissal with Prejudice" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims filed by Plaintiffs, Maxine Hall Davis, Freddie L. Hall, Earnest Hall, Willie C. Hall, Jr., and Jimmy R. Hall, Sr., against Defendant, Nexion Health at Pierremont, Inc., d/b/a/ Pierremont Healthcare Center, are hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

SO ORDERED, in Shreveport, Louisiana, this __19__ day of _____June_____, 2015.

_____
JUDGE